■ JAMES C., an Infant by His Mother and Natural Guardian, EILEEN C., et al., Respondents, v TOMAS CINTRON et al., Appellants. [2 NYS3d 786]—

Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about September 19, 2013, which granted plaintiffs' motion to vacate a prior dismissal of this action and

restore the case to the trial calendar, unanimously reversed, on the law, without costs, and the motion denied.

While the record shows that plaintiffs may have demonstrated a reasonable excuse for their default in appearing at status conferences held in 2011 and 2012, plaintiffs failed to demonstrate a meritorious cause of action (*see* CPLR 5015 [a]; *Donnelly v Treeline Cos.*, 66 AD3d 563 [1st Dept 2009]). The affidavit of plaintiff James C., which asserts that his injuries were proximately caused by defendants' negligence, directly contradicts his previously-given deposition testimony that he had no recollection of the accident and therefore does not suffice to demonstrate a meritorious cause of action (*cf. Beahn v New York Yankees Partnership*, 89 AD3d 589, 590 [1st Dept 2011]). We further note that James C.'s affidavit was improperly submitted for the first time in reply. Concur—Friedman, J.P., Sweeny, Acosta, DeGrasse and Gische, JJ.